# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORIZON HEALTH, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01395-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT USING CORRECT DOCKET ENTRY<br><br>(ECF No. 23)<br><br>DEADLINE: MARCH 4, 2019 |

On February 25, 2019, a memorandum decision and order was filed granting in part and denying in part Defendant Corizon Health's motion to dismiss. The order granted Plaintiffs' leave to file a second amended complaint within fourteen days. On February 28, 2019, Plaintiffs filed a second amended complaint. However, when the document was placed on the docket it was title "Amended Document." Plaintiffs' shall file the second amended complaint on or before March 4, 2019 using the correct docket entry "Second Amended Complaint."

IT IS SO ORDERED.

Dated: __**March 1, 2019**__　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1