# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER GRANTING WESLEY E. STOCKARD'S PRO HAC VICE APPLICATION |
| v. | |
| CORIZON HEALTH, INC., | (ECF No. 30) |
| Defendant. | |

The court has read and considered the application of Wesley E. Stockard, attorney for Defendant Corizon Health, Inc., for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Wesley E. Stockard's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **May 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1