# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORIZON HEALTH, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01395-LJO-SAB<br><br>ORDER RE INFORMAL TELEPHONIC CONFERENCE; GRANTING PARTIES' REQUEST TO STAY ACTION AND AMEND SCHEDULING ORDER<br><br>(ECF Nos. 29, 34, 35) |

Plaintiffs, on behalf of themselves and a putative class of similarly situated individuals, filed a complaint against Defendant Corizon Health, Inc. ("Defendant") in Fresno County Superior Court on September 5, 2018, alleging various wage-and-hour claims under California law. On October 9, 2018, Defendant removed the complaint to the Eastern District of California. (ECF No. 1.) After two motions to dismiss were filed and decided by the district judge, this action is now proceeding on Plaintiff's second amended complaint, filed on March 1, 2019. (ECF No. 25.)

On March 26, 2019, a scheduling order issued setting dates for discovery and a deadline to file a motion for class certification. (ECF No. 29.) On July 11, 2019, the parties contacted the Court and requested a date for an informal discovery dispute to be heard. A hearing was set for July 19, 2019. (ECF No. 32.) On July 18, 2019, the parties filed a joint discovery dispute letter. (ECF No. 34.) In the letter, the parties indicate that the conference was originally set for the

Court to address Plaintiff's request for a continuance of the discovery deadline, but they have stipulated to stay this case for thirty days so they can continue to engage in settlement discussions. The parties also requested that the Court extend the deadlines in the scheduling order in relation to the proposed stay.

On July 19, 2019, the Court held an informal conference with Daniel Kopfman appearing on behalf of Plaintiffs, and Barbara Blackburn appearing on behalf of Defendant. (ECF No. 35.) At the conference, the Court confirmed any disputes are currently resolved, and the parties confirmed their desire to say the matter for thirty days and extend deadlines accordingly.

The Court finds that good cause exists to grant the parties stipulation and that this action shall be stayed for the parties to engage in continued settlement discussions. The Court shall amend the scheduling order as requested by the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed until September 18, 2019, and the stay will automatically lift on that date unless the parties file a stipulation requesting a further stay;

2. The March 26, 2019 scheduling order is amended as follows:

| | |
|---|---|
| Deadline to Amend Pleadings: | September 23, 2019 |
| Deadline to complete non-expert discovery: | October 28, 2019 |
| Deadline to file non-dispositive pre-trial motions: | October 28, 2019 |
| Deadline to file motion for class certification: | December 9, 2019 |

The Court's March 26, 2019 scheduling order shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated: **July 19, 2019**

UNITED STATES MAGISTRATE JUDGE

2