# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18 -cv-01395-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND STAY OF ACTION FOR SIXTY DAYS AND VACATING SCHEDULING ORDER |
| v. | |
| CORIZON HEALTH, INC., | (ECF No. 40) |
| Defendant. | |

Plaintiffs, on behalf of themselves and a putative class of similarly situated individuals, filed a complaint against Defendant Corizon Health, Inc. ("Defendant") in Fresno County Superior Court on September 5, 2018, alleging various wage-and-hour claims under California law. On October 9, 2018, Defendant removed the complaint to the Eastern District of California. (ECF No. 1.) After two motions to dismiss were filed and decided by the district judge, this action is now proceeding on Plaintiff's second amended complaint, filed on March 1, 2019. (ECF No. 25.)

On July 19, 2019, this matter was stayed at the parties request for them to engage in settlement negotiations and the scheduling order was amended. (ECF No. 36.) On August 28, 2019, the parties filed a stipulation for an extension of the stay for further settlement discussions and request that the scheduling order be amended.

The Court finds good cause to extend that stay of this action for the parties to further

explore settlement. However, the current scheduling order addresses only class certification and the Court finds that it would be more efficient to vacate the scheduling order and reissue should the settlement discussions not be productive.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties request to extend the stay of this action is GRANTED;
2. The March 26, 2019 scheduling order, as amended July 19, 2019 is VACATED;
3. The stay of this matter is CONTINUED until November 18, 2019;
4. The stay will automatically lift on November 18, 2019 unless the parties file a stipulation requesting a further stay; and
5. Within seven (7) days of the stay of this action lifting, the parties shall file a joint statement setting forth proposed dates if the action has not settled.

IT IS SO ORDERED.

Dated: **August 28, 2019**

UNITED STATES MAGISTRATE JUDGE