# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND STAY OF ACTION FOR NINETY DAYS |
| v. | (ECF No. 43) |
| CORIZON HEALTH, INC., | |
| Defendant. | |

Plaintiffs, on behalf of themselves and a putative class of similarly situated individuals, filed a complaint against Defendant Corizon Health, Inc. ("Defendant") in Fresno County Superior Court on September 5, 2018, alleging various wage-and-hour claims under California law. On October 9, 2018, Defendant removed the complaint to the Eastern District of California. (ECF No. 1.) After two motions to dismiss were filed and decided by the district judge, this action is now proceeding on Plaintiff's second amended complaint, filed on March 1, 2019. (ECF No. 25.)

On July 19, 2019, this matter was stayed at the parties' request to allow for settlement negotiations, and the scheduling order was amended. (ECF No. 36.) On August 28, 2019, the Court granted the parties' stipulated request to stay the action for sixty (60) days, and the Court vacated the scheduling order with instructions to file a joint statement with proposed dates if the action did not settle. (ECF No.41.)

1

On November 18, 2019, the parties filed a stipulation requesting a further stay of this action for ninety (90) days. (ECF No. 43.) The parties state that since the initial stay of the action, they have been diligently working on settlement negotiations, however, the negotiations have been somewhat delayed due to the medical needs of counsel. (Id. at 3.) The parties also indicate they are waiting on an expert report and anticipate the need for additional time due to the upcoming holidays. (Id.)

The Court finds good cause to extend the stay of this action for the parties to further work on settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to extend the stay of this action is GRANTED;
2. The stay of this matter is CONTINUED until February 17, 2020;
3. The stay will automatically lift on February 17, 2020 unless the parties file a stipulation requesting a further stay; and
4. Within seven (7) days of the stay of this action lifting, the parties shall file a joint statement setting forth proposed dates if the action has not settled.

IT IS SO ORDERED.

Dated: **November 18, 2019**

UNITED STATES MAGISTRATE JUDGE