# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CORIZON HEALTH, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01395-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND STAY OF ACTION FOR FOURTEEN DAYS<br><br>(ECF No. 48) |

Plaintiffs, on behalf of themselves and a putative class of similarly situated individuals, filed a complaint against Defendant Corizon Health, Inc. ("Defendant") in Fresno County Superior Court on September 5, 2018, alleging various wage-and-hour claims under California law. On October 9, 2018, Defendant removed the complaint to the Eastern District of California. (ECF No. 1.) After two motions to dismiss were filed and decided by the district judge, this action is now proceeding on Plaintiff's second amended complaint, filed on March 1, 2019. (ECF No. 25.)

This matter has been stayed multiple times to allow for settlement negotiations and preparation for mediation. (ECF Nos. 36, 41, 44, 47.) The most recent stay of the action was granted on February 24, 2020, and is set to automatically lift today, March 25, 2020. (ECF No. 47.) Today, March 25, 2020, the parties filed a stipulation requesting an additional fourteen (14) day stay to allow for the final selection of a mediation date and mediator from an agreed upon

list of mediators. (ECF No. 48.) The parties proffer that the recent coronavirus (COVID-19) public health emergency has made scheduling more difficult, particularly given Defendant is a healthcare provider. (Id.) The Court finds good cause to continue the stay of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is STAYED until April 8, 2020;
2. The stay will automatically lift on April 8, 2020, unless the parties file a stipulation requesting a further stay; and
3. Within seven (7) days of the stay of this action lifting, the parties shall file a joint statement setting forth proposed dates if the action has not settled.

IT IS SO ORDERED.

Dated: __**March 25, 2020**__

UNITED STATES MAGISTRATE JUDGE