# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CORIZON HEALTH, INC.,<br><br>    Defendant. | Case No.  1:18 -cv-01395-NONE-SAB<br><br>ORDER RE JOINT STATEMENT OF DISCOVERY DISPUTE |

      On September 18, 2020, Plaintiff filed a notice of motion to compel with a hearing set for October 21, 2020.  (ECF No. 54.)  On October 13, 2020, Plaintiff filed an amended notice of motion setting the hearing for November 4, 2020.  (ECF No. 55.)  On October 28, 2020, Plaintiff filed a second amended notice of motion setting the hearing for November 18, 2020.

      Pursuant to Rule 251 of the Local Rules of the Eastern District of California, if the moving party is still dissatisfied after meeting and conferring, the parties are to file a joint statement re discovery disagreement at least seven days before the scheduled hearing date.  In this instance, seven days before the hearing date is a court holiday.  Accordingly, the parties are reminded that the local rule requires the joint statement to be filed **at least seven days prior** and if a joint statement is not filed by November 11, 2020, the hearing on the motion to compel shall be vacated.

IT IS SO ORDERED.

Dated:  **November 2, 2020**

                                      UNITED STATES MAGISTRATE JUDGE

1