1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No.  1:18 -cv-01395-NONE-SAB |
| Plaintiffs, | ORDER VACATING NOVEMBER 18, 2020 HEARING |
| v. | |
| CORIZON HEALTH, INC., | |
| Defendant. | |

On September 18, 2020, Plaintiff filed a notice of motion to compel.  (ECF No. 54.)  On October 13, 2020, and October 28, 2020, the notice was amended to change the hearing date with the hearing currently set for November 18, 2020.  (ECF Nos. 55, 56.)  On November 11, 2020 a statement of discovery dispute was filed.  (ECF Nos. 58, 59.)  On November 12, 2020, Plaintiff filed a withdrawal of the motion to compel.  (ECF No. 60.)

Due to the withdrawal of the motion to compel, the hearing set for November 18, 2020 in Courtroom 9 is HEREBY VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated:   **November 12, 2020**

_____
UNITED STATES MAGISTRATE JUDGE