# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-NONE-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER FOLLOWING INFORMAL CONFERENCE |
| v. | |
| CORIZON HEALTH, INC., | (ECF Nos. 53, 62) |
| Defendant. | |

On August 26, 2020, the stay of this action lifted and the Court issued an amended scheduling order setting the following deadlines: (1) Plaintiff's expert disclosure deadline of May 3, 2021; (2) Defendant's expert disclosure deadline of July 1, 2021; and (3) a class certification motion filing deadline of August 25, 2021. (ECF No. 53.) On April 5, 2021, the parties attended an informal status conference via Zoom videoconference before the undersigned to discuss amending these deadlines. (ECF No. 57.) Daniel Kopfman appeared on behalf of Plaintiffs. Barbara Blackburn and Wesley Stockard appeared on behalf of Defendant. At the conference, the parties presented issues in completing depositions and the desire to coordinate a potential second mediation, and agreed to an extension of the current deadlines by a period of approximately thirty (30) days. The Court finds good cause to grant the requested modification.

/ / /

/ / /

1

Pursuant to the parties' agreement, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Plaintiffs' Expert Disclosure Deadline: June 4, 2021;
2. Defendant's Expert Disclosure Deadline: August 6, 2021; and
3. Class Certification Motion Filing Deadline: October 4, 2021.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 5, 2021**

UNITED STATES MAGISTRATE JUDGE