# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No.  1:18-cv-01395-JLT-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER FOLLOWING INFORMAL CONFERENCE |
| v. | |
| CORIZON HEALTH, INC., | (ECF Nos. 74, 77) |
| Defendant. | |

On March 21, 2022, the parties attended an informal status conference via videoconference before the Court to discuss the upcoming class certification motion filing deadline.  (ECF Nos. 74, 77.)  Daniel Kopfman appeared on behalf of Plaintiffs.  Barbara Blackburn and Wesley Stockard appeared on behalf of Defendant.  At the conference, the parties informed the Court of the status of ongoing settlement discussions, and requested additional time to file the class certification motion.  The Court finds good cause to grant the requested modification.

/ / /

/ / /

/ / /

/ / /

/ / /

1       Accordingly, pursuant to the parties' agreement, and good cause appearing, IT IS

2   HEREBY ORDERED that the Class Certification Motion Filing Deadline, currently set for April

3   8, 2022, shall be extended to **July 1, 2022**.

4

5   IT IS SO ORDERED.

6   Dated:   **March 21, 2022**

            UNITED STATES MAGISTRATE JUDGE

2