# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01395-JLT-SAB<br><br>ORDER DENYING RACHEL WERNER'S APPLICATION TO PROCEED *PRO HAC VICE* WITHOUT PREJUDICE<br><br>(ECF No. 86) |

The court has read and considered the application of Rachel Werner, attorney for Defendant Corizon Health, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 86.) Plaintiff's application does not include a certificate of good standing as indicated to have been attached to the application.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Rachel Werner's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated: **April 8, 2022**

UNITED STATES MAGISTRATE JUDGE