# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>CORIZON HEALTH, INC.,<br><br>             Defendant. | Case No. 1:18-cv-01395-JLT-SAB<br><br>ORDER GRANTING RACHEL WERNER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 88) |

The Court has read and considered the application of Rachel Werner, attorney for Defendant Corizon Health, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 88.) Having reviewed the application, Rachel Werner's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __April 13, 2022__

_____
UNITED STATES MAGISTRATE JUDGE

1