# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-JLT-SAB |
| Plaintiffs, | ORDER MODIFYING CLASS CERTIFICATION MOTION FILING DEADLINE FOLLOWING INFORMAL CONFERENCE |
| v. | |
| CORIZON HEALTH, INC., | (ECF Nos. 78, 90) |
| Defendant. | |

On May 25, 2022, the parties attended an informal status conference via videoconference before the Court to discuss the class certification motion filing deadline, currently set for July 1, 2022. (ECF Nos. 78, 90.) Daniel Kopfman appeared on behalf of Plaintiffs. Barbara Blackburn and Wesley Stockard appeared on behalf of Defendant. At the conference, the parties informed the Court of the status of this matter and requested additional time to file the class certification motion. The Court finds good cause to grant the requested modification.

///
///
///
///
///
///

1

Accordingly, pursuant to the parties' agreement, and good cause appearing, IT IS HEREBY ORDERED that the class certification motion filing deadline, currently set for July 1, 2022, shall be extended to **September 16, 2022**.

IT IS SO ORDERED.

Dated:   **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE