1
2
3
4
5
6
7

8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   BRUCE MORRELLI, et al., | Case No.  1:18-cv-01395-JLT-SAB |
| 12   Plaintiffs, | ORDER GRANTING STIPULATED |
| | MOTION TO CONTINUE HEARING DATE |
| 13   v. | ON MOTION TO COMPEL |
| 14   CORIZON HEALTH, INC., | (ECF Nos. 92, 93, 96) |
| 15   Defendant. | |

16

17       There is currently one motion to compel set in this matter for hearing on July 13, 2022

18   (ECF Nos. 92, 93), and one motion to compel set for hearing on August 10, 2022 (ECF Nos. 94,

19   95).  On June 30, 2022, the parties filed a stipulated motion to continue the motion currently set

20   for July 13, 2022, to be heard on the same date as the other motion, August 10, 2022.  (ECF No.

21   96.)  The Court finds good cause to grant the stipulated request.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    Accordingly IT IS HEREBY ORDERED that the hearing set for July 13, 2022, on
2    Plaintiff's motion to compel (ECF Nos. 92, 93) is CONTINUED to August 10, 2022, at 10:00
3    a.m. in Courtroom 9.

4
     IT IS SO ORDERED.
5
6    Dated:   **July 1, 2022**
                                            UNITED STATES MAGISTRATE JUDGE
7