# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORIZON HEALTH, INC.,<br><br>　　　　　Defendant. | Case No.  1:18-cv-01395-JLT-SAB<br><br>ORDER VACATING AUGUST 10, 2022 HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MOTION TO COMPEL DEPOSITIONS<br><br>(ECF Nos. 92, 94) |

On June 21, 2022, Plaintiffs filed a motion to compel production of documents.  (ECF No. 92.)  The hearing date for this motion was originally set for July 13, 2022.  On June 24, 2022, Plaintiffs filed a motion to compel deposition.  (ECF No. 94.)  This motion was originally set for hearing for July 20, 2022.  On June 27, 2022, the Court reset the July 20 hearing for August 10, 2022.  (ECF No. 95.)  On June 30, 2022, the parties filed a stipulated request to continue the July 13 hearing to August 10, in order to consolidate the hearings on the motions.  (ECF No. 96.)  Concurrently, the parties requested that any deadlines associated with Plaintiffs' motions to compel be reset according to the new coordinated hearing date.  (Id.)  On July 1, 2022, the Court granted the parties' stipulated request.  (ECF No. 97.)

Pursuant to Local Rule 251, a hearing on any discovery motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45 requires the parties' joint statement regarding the discovery disagreement to be filed at least fourteen (14) days before the scheduling hearing date.

1  E.D. Cal. L.R. 251(a) (Eff. Mar. 1. 2022).  If the joint statement is not timely filed, the hearing
2  may be dropped form the calendar without prejudice.  Id.  Plaintiffs' motions to compel are
3  currently set for hearing on August 10, 2022.  Accordingly, pursuant to Rule 251 and the parties'
4  stipulation, the parties' joint statements were due by July 27, 2022.  No statements, however,
5  were filed.

6       Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to
7  compel production and motion to compel deposition (ECF Nos. 92, 94) set for August 10, 2022,
8  at 10:00 a.m. in Courtroom 9, is DROPPED from calendar pursuant to Local Rule 251, without
9  prejudice to the parties refiling notice of a new hearing date in compliance with the Local Rules.

IT IS SO ORDERED.

Dated:  **July 28, 2022**

UNITED STATES MAGISTRATE JUDGE

2