# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-JLT-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER FOLLOWING INFORMAL CONFERENCE |
| v. | |
| CORIZON HEALTH, INC., | (ECF Nos. 91, 99) |
| Defendant. | |

On August 12, 2022, the parties attended an informal status conference via Zoom videoconference before the Court to discuss the remaining deadlines in the scheduling order for this action and to amend the scheduling order. (See ECF No. 99.) Counsel Daniel Kopfman appeared on behalf of Plaintiffs. Counsel Barbara Blackburn appeared on behalf of Defendant. At the conference, the parties sought to extend the class certification motion filing deadline approximately thirty days. This is the only remaining deadline still pending under the scheduling order. The parties proffered they had completed significant discovery and have settlement discussions still pending and requested the class certification motion filing deadline contained in the scheduling order be extended. The Court notes it has previously continued the class certification deadline at least five times (see ECF Nos. 64, 68, 74, 78, 91), and that further extensions will not be granted absent a strong showing of good cause. Nevertheless, the Court finds good cause exists to grant the requested modification.

Accordingly, pursuant to the parties' agreement, and good cause appearing, IT IS HEREBY ORDERED that the scheduling order is further modified as follows: the Class Certification Motion Filing Deadline, currently set for September 16, 2022, shall be extended to **October 21, 2022**.

IT IS SO ORDERED.

Dated: **August 12, 2022**

UNITED STATES MAGISTRATE JUDGE