# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al., | Case No. 1:18-cv-01395-JLT-SAB |
| Plaintiffs, | ORDER MODIFYING BRIEFING SCHEDULE FOLLOWING INFORMAL CONFERENCE AND CONTINUING DECEMBER 14, 2022 HEARING |
| v. | |
| CORIZON HEALTH, INC., | (ECF Nos. 101, 102, 105, 106, 107) |
| Defendant. | |

On October 21, 2022, Plaintiff filed a class certification motion.  (ECF Nos. 101, 102.) The hearing on the motion is currently set for December 14, 2022.  On November 1, 2022, the parties attended an informal status conference via Zoom videoconference before the Court to discuss the briefing schedule for that motion.  (ECF No. 107.)  Counsel Daniel Kopfman appeared on behalf of Plaintiffs.  Counsel Wesley Stockard and Barbara Blackburn appeared on behalf of Defendant.  At the conference, the parties agreed to extend the briefing schedule deadlines to accommodate various scheduling conflicts of counsel.  The Court finds good cause exists to grant the requested modification.  In addition, the Court shall continue the hearing on the motion for class certification.

Accordingly, pursuant to the parties' agreement, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule is further modified as follows: Defendant's opposition to the motion for class certification shall be filed no later than **November 18, 2022**.

1

Plaintiff's reply briefing shall be filed no later than **December 13, 2022**. The hearing on the Class Certification Motion, currently set for December 14, 2022, shall be continued to **December 21, 2022, at 10:00 a.m. in Courtroom 9.**

IT IS SO ORDERED.

Dated:   **November 1, 2022**

UNITED STATES MAGISTRATE JUDGE