# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01395-JLT-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANT CORIZON HEALTH, INC. AND VACATING MARCH 22, 2023 HEARING<br><br>(ECF No. 118) |

　　　Plaintiff Bruce Morelli filed this putative class action on October 9, 2018. (ECF No. 1.) On February 15, 2023, Defendant filed a notice of bankruptcy proceedings indicating that on February 13, 2023, Defendant filed a voluntary petition pursuant to 11 U.S.C. §§ 101-1532 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML). (ECF No. 118.) A motion to amend and certify class are currently set for hearing on March 22, 2023. (ECF Nos. 113, 114, 115.)

　　　Pursuant to 11 U.S.C. § 362(a), all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. See Eskanos & Adler, P.C. v. Leetien, 309 F.3d 1210, 1214 (9th Cir. 2002) ("The plain language of § 362(a)(1) prohibits the continuation of judicial actions."); Sternberg v. Johnston, 595 F.3d 937, 943 (9th Cir. 2010).

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All proceedings in this matter against Defendant Corizon Health, Inc., have been stayed pursuant to 11 U.S.C. § 362(a); and

2. The hearing on Plaintiffs' motion to amend and motion for class certification, currently set for March 22, 2023, is VACATED, and the motions shall be held in abeyance until the stay is lifted or further order of the Court.

IT IS SO ORDERED.

Dated: **March 1, 2023**

UNITED STATES MAGISTRATE JUDGE