# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORRELLI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC.,<br><br>Defendant. | Case No. 1:18-cv-01395-JLT-SAB<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT OR IN THE ALTERNATIVE DIRECTING DEFENDANT TO FILE A RESPONSE<br><br>(ECF No. 120)<br><br>**APRIL 8, 2026 DEADLINE** |

On March 1, 2026, the Court found that Defendant had filed a notice of bankruptcy proceedings and observed that this case had been stayed automatically pursuant to 11 U.S.C. § 362(a). (ECF No. 119.)  At that time, there are three related pending motions to certify class (ECF Nos. 101, 102, 114), and a pending motion for leave to amend (ECF No. 113).  Thus, the Court vacated the hearing set to address those motions. (ECF No. 119.)

On April 1, 2026, Plaintiffs filed a notice, wherein they stated that "Notice was given by the United States Bankruptcy Court for the Southern District of Texas, Houston Division, regarding the lifting of the bankruptcy stay in view of the debtor's [Tehum Care Services, Inc. (fka Corizon Health Services and dba Corizon Health, Inc., the Defendant in above-captioned case)] default of payment towards the settlement made in the bankruptcy matter." (ECF No. 120.)

/ / /

In light of the foregoing, the Court DIRECTS the parties to file a joint status report, no later than **April 8, 2026**, regarding the status of this case, including addressing the pending motions in this matter and whether in light of the bankruptcy proceedings any issues have been resolved.  The parties should also propose a plan on how to best proceed (*i.e.*, whether the motions should be renoticed, whether a new briefing schedule should be reset, etc.)  The parties may also address any other relevant issues for the Court to consider.  The Court gives this opportunity to the parties with the aspiration of narrowing or clarifying what issues remain.

In the alternative, if the parties are unable to come together for a joint statement, Defendant may file a response to the notice, no later than **April 8, 2026**, addressing the above issues from its point of view.  Should Defendant not participate in a joint statement or file a response, the Court will consider imposing sanctions.

Thereafter, the Court will determine how to proceed, including whether to set a status conference.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2